UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ROSENDO CAYETANO,

                      Plaintiff,

         -against-                              13-cv-1861 (LAK)

THE CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

        For the reasons set forth in the report and recommendation, to which no objection has been made, this action is dismissed for lack of prosecution.

        SO ORDERED.

Dated:      September 17, 2015

                                                Lewis A. Kaplan
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/15